IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERENCE LEE YOUNG, | ) |
| Plaintiff, | ) |
| vs. | ) CV 00-BU-3294-S |
| BERNARD KINCAID, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 13, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed with prejudice due to plaintiff's bad faith submission of false information in his application to proceed *in forma pauperis*. On December 20, 2000, plaintiff submitted an unsigned document (Document #6) which the Court deems to be objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed with prejudice. A Final Judgment will be entered.

DATED this 28th day of December, 2000.

H. DEAN BUTTRAM, JR.
UNITED STATES DISTRICT JUDGE